IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAKYTHA Y. WESTRY,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, *Acting*<br>*Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:21-00074-N<br>)<br>)<br>)<br>) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Sakytha Y. Westry, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Westry's applications for Social Security benefits.

**DONE** this the 19th day of April 2022.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**